UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1034 ADM/AJB

| | | |
|---|---|---|
| NICO CearGeo, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DENNIS QUAN; OGBAZGHI SIUM; JOHN LINO STINE; KENT LOKKESMOE; JOE GIBSON; SARAH TUFFORD; MINNESOTA DEPARTMENT OF NATURAL RESOURCES-DNR WATERS; MINNESOTA DEPARTMENT OF NATURAL RESOURCES-DIVISION OF WATERS; MINNESOTA DEPARTMENT OF NATURAL RESOURCES; RONALD SHERMAN; FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) | **O R D E R** |
| | ) | |
| Defendants. | ) | |

Upon application of the Federal Defendants, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that the Federal Defendants shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to June 29, 2000.

Dated: 4/25/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED APR 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK