UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1034 ADM/AJB

| | |
|---|---|
| NICO CearGeo,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS QUAN; OGBAZGHI SIUM; JOHN LINO STINE; KENT LOKKESMOE; JOE GIBSON; SARAH TUFFORD; MINNESOTA DEPARTMENT OF NATURAL RESOURCES-DNR WATERS; MINNESOTA DEPARTMENT OF NATURAL RESOURCES-DIVISION OF WATERS; MINNESOTA DEPARTMENT OF NATURAL RESOURCES; RONALD SHERMAN; FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>Defendants. | **O R D E R** |

Upon the motion of the Federal Defendants, and for good cause shown, it is hereby

ORDERED that the Federal Defendants shall be, and hereby are, granted an extension of time to respond to the Complaint of Plaintiff to September 15, 2000, or 30 days past the filing of an Order ruling on the Federal Defendants' pending motion for substitution, whichever occurs later.

**SO ORDERED.**

Dated: 7/5/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED JUL 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK