**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

NICO CearGeo,

Plaintiff,

v.

DENNIS QUAN, et al.,

Defendant.

Civil No. 00-1034 ADM/AJB

**ORDER**

---

The above matter came before the Court on Defendants' Motions to Quash Subpoenas.

**IT IS HEREBY ORDERED THAT**:

1. The return of all subpoenas dated July 14, 2000 is stayed pending the Court's consideration of the motions now under advisement.

2. The hearing scheduled for August 10, 2000, on Federal Defendants Motion for an order substituting the United States of America as the sole Defendant, is postponed pending the Court's consideration of the motions now under advisement.

Dated: 8/3/00

Arthur J. Boylan
United States Magistrate Judge

FILED AUG 0 3 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK