UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

NICO CearGeo, Civil No. 00-1034 ADM/AJB

Plaintiff,

v. ORDER

DENNIS QUAN, ET AL.,

Defendants.

---

Whereas, the Court has received a motion by the Plaintiff seeking an order to the effect that the original document "Affidavit of Cassandra O'Hern" dated July 28, 2000, cannot be amended by the document "Amended Affidavit of Cassandra O'Hern" dated August 1, 2000, and

The Court having considered the same hereby **denies** the motion finding the issue to be moot.

Dated: 8/21/00

ARTHUR J. BOYLAN
United States Magistrate Judge

MEMORANDUM

The Court issued its Order regarding Defendant's Motions to Quash Subpoenas on August 8, 2000. The Affidavits in question related to said motion, as such Plaintiff's present motion is moot.

AJB

Filed AUG 22 2000
Francis E. Dosal, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________