UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NICO CEARGEO,

Plaintiff, Civil No. 00-1034(ADM/AJB)

v. ORDER

DENNIS QUAN, et al.,

Defendants.

---

The Court has received correspondence from plaintiff requesting a dismissal of his case. The Court has also had communications from defendants' counsel requesting that this action be dismissed based upon plaintiff's request. IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 20, 2000

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED 11-20-00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK